**FORM 9** (Rev. 11/93)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| In re: | : | Case No. 07-33251 |
| | : | |
| Porterfield, John A. and Lola A. | : | Chapter 7 |
| | : | |
| Debtor(s) | : | Judge Guy R. Humphrey |

## NOTICE TO THE CLERK OF SMALL DIVIDENDS
## AND UNCLAIMED DIVIDENDS

**TO THE CLERK OF THE COURT:**

The attached check in the amount of $20.48 represents the total sum of unclaimed and small dividends in this estate and is paid to the court pursuant to 11 U.S.C. Sec. 374(a) and FRBP 3010. The name(s) and addresses of the parties entitled to those unclaimed dividends are as follows:

| Creditor Name and Address | Claim No. | Amount of Dividend |
|---|---|---|
| Verizon North<br>AFNI/Verizon<br>404 Broak Dr.<br>Bloomington, IL 61701 | 3I | $20.48 |

Total Unclaimed/Small  
Dividends $25.00 or under

$ 20.48

Total Unclaimed  
Dividends Over $25.00

$_____

Dated: September 27, 2010

/s/ Thomas R. Noland  
Thomas R. Noland #0018239  
Case Trustee  
900 Fifth Third Center  
1 South Main Street, Suite 1520  
Dayton, OH 45402  
937. 222.1203 / 937.222.1046 fax  
trustee@statmanharris.com

cc:    U.S. Trustee, 170 North High Street, Suite 200, Columbus, OH 43215